FILED

07 OCT 31 PM 3:57

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Darren J. Quinn (149679)
   LAW OFFICES OF DARREN J. QUINN
2  12702 Via Cortina, Suite 105
   Del Mar, CA 92014
3  Tel: 858-509-9401

4  Attorneys for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

OLAES ENTERPRISES, INC.,            )   Case No.: 05 CV 1055   AJB)
11                                   )
        Plaintiff,                   )
12                                   )   STIPULATION AND ORDER RE:
                                     )   DISMISSAL
13      vs.                          )
                                     )
14 NET SALES, INC., an Oregon corporation, )
                                     )
15      Defendants.                  )
                                     )
16 _____ )

17

18

19

20

21

22

23

24

25

26

27

28

1       IT IS HEREBY STIPULATED by and between Plaintiff Olaes Enterprises, Inc.

2   ("Olaes") and defendant NET SALES, INC. by and through their respective counsel, that

3   pursuant to Rule 4 l(a)(l) of the Federal Rules of Civil Procedure, Olaes' claims against NET

4   SALES, INC. shall be dismissed *with* prejudice.

5       IT IS FURTHER STIPULATED THAT neither Olaes nor NET SALES, INC. shall seek

6   attorney fees or costs from the other.

7       IT IS FURTHER STIPULATED that Magistrate Judge Battaglia (or such other

8   Magistrate Judge that may be assigned to this case) shall retain jurisdiction pursuant to the

9   separately filed Consent to Jurisdiction By United States Magistrate Judge.

10

11   IT IS SO STIPULATED.

12   Dated: March 8, 2007

13       Respectfully Submitted,

14       LAW OFFICES OF DARREN J. QUINN
    DARREN J. QUINN

15

16       DARREN J. QUINN

17       12702 Via Cortina, Suite 105
    Del Mar, CA 92014

18       Tel: 858-509-9401

19       Attorneys for Plaintiff OLAES ENTERPRISES,
    INC.

20

21   Dated: March 8, 2007

22

23       BROWN LAW GROUP
    STACY L. FODE

24   IT IS SO ORDERED.

25   DATED OCT 3 0 2007
    STACY L. FODE

26       600 B Street, Suite 1650

27   UNITED STATES MAGISTRATE JUDGE
    San Diego, CA 92101
    Tel: 619-330-1700
    Fax: 619-330-1701

28       Attorneys for Defendant NET SALES, INC.

- 2 -